UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

HOWARD COHAN,            CASE NO.: 19-CV-06359

     Plaintiff,

vs.            INJUNCTIVE RELIEF SOUGHT

VINAYAKA HOSPITALITY LISLE LLC,      JUDGE Charles R. Norgle
*d/b/a* SHERATON LISLE

     Defendant,
_____/

**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE
AND MOTION TO VACATE ALL DEADLINES**

Plaintiff respectfully notifies the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing settlement terms and an agreement, and ultimately will file a stipulated dismissal with the Court. The parties intend to file a stipulated dismissal as soon as practicable, but respectfully request that the parties be given 30 days to file said dismissal. Accordingly, the parties respectfully request that the Court vacate all deadlines set per Minute Entry dated February 26, 2021 [DKT 18].

Jointly submitted this 6th day of April 2021.

By:  /s/ Robert M. Kaplan                 By:  /s/ Zubair A. Khan
     Counsel for Plaintiff                                Counsel for Defendant
     Law Offices of Robert M. Kaplan P.C.        Trivedi & Khan, PC
     1535 W. Schaumburg Rd. Ste 204             300 N. Martingale Road, Ste. 725
     Schaumburg, IL 60194-4042                  Schaumburg, IL 60173
     847-845-9477                                         224-353-6346

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on April 6, 2021, he caused the foregoing **JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND MOTION TO VACATE ALL DEADLINES** to be filed with the Clerk of the Court via the Court's electronic case filing/ecf system, which will serve a true and correct copy of the same upon the all counsel of record via electronic mail/notice of filing.

/s/ Robert M. Kaplan

ROBERT M. KAPLAN
LAW OFFICES OF ROBERT M. KAPLAN, P.C.
Attorney for Plaintiff
1535 W. Schaumburg Road, #204
Schaumburg, Illinois 60194
(847) 894-9151
IL Bar No. 6206215
rmkap@robertkaplanlaw.com

Z:\KAPLAN\Clients\LITIGATION\COHAN FILES\Open Files\CohanH.No.104.19LIT1282.  .sheraton lisle\Notice of Settlement. 04 06 21.docx